1016

[Nos. 33894-1-III; 33895-9-III.   Division Three.   September 29, 2016.]
*In the Matter of the Parental Rights to* M.J. ET AL.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 13-7-00115-1, M. Scott Wolfram, J., entered November 6, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 71559-3-I.   Division One.   October 3, 2016.]
THE STATE OF WASHINGTON, *Respondent*, v. SCOTTYE LEON MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06488-8, Barbara Linde, J., entered January 10, 2014. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 72020-1-I.   Division One.   October 3, 2016.]
THE STATE OF WASHINGTON, *Respondent*, v. MARLOW TODD EGGUM, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01094-3, Deborra Garrett, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Dwyer, JJ.

[No. 72194-1-I.   Division One.   October 3, 2016.]
*In the Matter of the Marriage of* MARLOW TODD EGGUM, *Appellant*, and JANICE GRAY-EGGUM, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-3-00216-1, Charles R. Snyder, J., entered May 26, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Dwyer, JJ.